**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

**IN RE:**

**THOMAS HEALTH SYSTEMS, INC., et al.**                **CASE NO: 2:20-bk-20007**

**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

The United States Trustee, John P. Fitzgerald, III, by counsel, and pursuant to Bankruptcy Code §§ 1102(a) and 1102(b)(1), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of Thomas Health Systems, Inc., et al.. and gives notice that the Committee has selected a chairperson at its formation meeting.

| Member | Creditor/Address | Phone/Fax/E-mail |
|---|---|---|
| **CHAIRPERSON**<br><br>Kendra Muraya<br>Michael Strollo | Pension Benefit Guaranty Corporation<br>1200 K Street, NW<br>Washington, DC  20005 | 202-326-4000 (Phone)<br>202-326-4112 (Fax)<br>muraya.kendra@pbgc.gov<br>strollo.michael@pbgc.gov |
| Chris Signorelli | Security America<br>P. O. Box 4525<br>Charleston, WV  25364 | 304-925-4747 (Phone)<br>304-925-4700 (Fax)<br>csignorelli@securityamerica.com |
| E. Taylor George | Kanawha County Emergency Ambulance Authority<br>601 Brooks Street<br>Charleston, WV  25301 | 304-342-1107 (Phone)<br>304-344-5600 (E. Taylor George)<br>tgeorge@mlclaw.com |
| Christopher Corwin | Arthrex, Inc.<br>1370 Creekside Blvd.<br>Naples, Florida  34108 | 239-591-6922 (Phone)<br>239-598-5550 (Fax)<br>christopher.corwin@arthrex.com |
| Kirk Burkley | Beckman Coulter, Inc.<br>250 S. Kraemer Blvd.<br>Brea, CA  92882-8000 | 412-456-8108 (Phone)<br>412-456-8135 (Fax)<br>kburkley@bernsteinlaw.com |

| Raymond P. Carpenter | Colonial Consulting Group, Inc. (CCG) 625 Colonial Park Drive, Suite 100 Roswell, GA  30075 | 800-444-2801 (Phone) 770-643-0412 (Fax) rcarpenter@rclaw.us.com |
|---|---|---|

Date:  January 29, 2020

                              JOHN P. FITZGERALD, III
                              ACTING UNITED STATES TRUSTEE

By:    */s/Gary O. Kinder*
        Gary O. Kinder, Attorney (WV Bar# 7732)
        Office of the U.S. Trustee
        Robert C. Byrd U.S. Courthouse
        300 Virginia St. East, Room 2025
        Charleston, WV 25301
        (304) 347-3417
        Fax (304) 347-3402
        E-mail:  Gary.O.Kinder@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this day I electronically filed the **NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all CM/ECF participants who have appeared in the case.   I further certify that on this date I mailed the NOTICE USPS First Class Mail to the following parties:

**DEBTOR**

Thomas Health Systems, Inc., et al.
4605 MacCorkle Avenue SW
Charleston, WV  25309

**DEBTOR'S COUNSEL**

Michael J. Roeschenthaler
200 First Avenue, Third Floor
Pittsburgh, PA  15222

## CREDITOR COMMITTEE MEMBERS

| Member | Creditor/Address | Phone/Fax/E-mail |
|---|---|---|
| **CHAIRPERSON**<br><br>Kendra Muraya<br>Michael Strollo | Pension Benefit Guaranty Corporation<br>1200 K Street, NW<br>Washington, DC  20005 | 202-326-4000 (Phone)<br>202-326-4112 (Fax)<br>muraya.kendra@pbgc.gov<br>strollo.michael@pbgc.gov |
| Chris Signorelli | Security America<br>P. O. Box 4525<br>Charleston, WV  25364 | 304-925-4747 (Phone)<br>304-925-4700 (Fax)<br>csignorelli@securityamerica.com |
| E. Taylor George | Kanawha County Emergency Ambulance Authority<br>601 Brooks Street<br>Charleston, WV  25301 | 304-342-1107 (Phone)<br>304-344-5600 (E. Taylor George)<br>tgeorge@mlclaw.com |
| Christopher Corwin | Arthrex, Inc.<br>1370 Creekside Blvd.<br>Naples, Florida  34108 | 239-591-6922 (Phone)<br>239-598-5550 (Fax)<br>christopher.corwin@arthrex.com |
| Kirk Burkley | Beckman Coulter, Inc.<br>250 S. Kraemer Blvd.<br>Brea, CA  92882-8000 | 412-456-8108 (Phone)<br>412-456-8135 (Fax)<br>kburkley@bernsteinlaw.com |

| Raymond P. Carpenter | Colonial Consulting Group, Inc. (CCG)<br>625 Colonial Park Drive, Suite 100<br>Roswell, GA  30075 | 800-444-2801 (Phone)<br>770-643-0412 (Fax)<br>rcarpenter@rclaw.us.com |

Date:   January 29, 2020

*/s/Gary O. Kinder*
Gary O. Kinder, Attorney (WV Bar# 7732)
Office of the U.S. Trustee
Robert C. Byrd U.S. Courthouse
300 Virginia St. East, Room 2025
Charleston, WV 25301
(304) 347-3417
Fax (304) 347-3402
E-mail:  Gary.O.Kinder@usdoj.gov