Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
## Southern District of West Virginia

Room 3200
300 Virginia Street East
Charleston, WV 25301

Bankruptcy Proceeding No.: 2:20–bk–20007
Chapter: 11
Judge: Frank W. Volk USDJ

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Thomas Health System, Inc. | Herbert J. Thomas Memorial Hospital |
| 4605 MacCorkle Avenue SW | Association |
| Charleston, WV 25309 | 4605 MacCorkle Avenue SW |
| | Charleston, WV 25309 |

Social Security No.:

Employer's Tax I.D. No.:
  26–0440674

PLEASE TAKE NOTICE that a hearing previously scheduled for 3/4/2020 has been rescheduled at the Court's direction, hearing will be held at

Bankruptcy Courtroom, 6th Floor Robert C. Byrd U.S. Courthouse, 300 Virginia Street East, Charleston, WV 25301

on 3/5/20 at 11:00 AM

to consider and act upon the following:

37 – Motion filed by Charleston Hospital, Inc., Herbert J. Thomas Memorial Hospital Association, THS Physician Partners, Inc., Debtor Thomas Health System, Inc. to Use Cash Collateral.

95 – Order Setting Hearing Re Appointment of Patient Care Ombudsman.

130 – Response Filed by Charleston Hospital, Inc., Herbert J. Thomas Memorial Hospital Association, THS Physician Partners, Inc., Debtor Thomas Health System, Inc. Debtors' Report Regarding the Necessity of a Patient Care Ombudsman Pursuant to Section 333 of the Bankruptcy Code to 95 Order Setting Hearing.

145 – Response Filed by U.S. Trustee United States Trustee to Report by the Debtor regarding the need for a Patient Care Ombudsman and to 95 Order Setting Hearing.

156 – Response Filed by Creditor Committee Official Committee of Unsecured Creditors re: Debtors' Report regarding Ombudsman and to 95 Order Setting Hearing.

261 – Motion by Plaintiff Fred Johnny Wood to Lift Automatic Stay upon Motion to Lift Automatic Stay 2:20–bk–20008.

266 – Motion by Creditor Gary L Workman to Lift Automatic Stay upon 1) Self–funded trust established under provisions of the West Virginia Medical Professional Liabilty Act or 2) Proceeds of any applicable insurance policy.

307 – Response Filed by Creditor Committee Official Committee of Unsecured Creditors Cash Collateral Statement in Support to 231 Proposed Order filed by Debtor In Possession Herbert J. Thomas Memorial Hospital Association, Debtor Thomas Health System, Inc., Debtor In Possession Charleston Hospital, Inc., Debtor In Possession THS Physician Partners, Inc..

310 – Objection by Creditor UMB Bank, National Association, as indenture trustee Re:37 Motion to Use Cash Collateral filed by Debtor In Possession Herbert J. Thomas Memorial Hospital Association, Debtor Thomas Health System, Inc., Debtor In Possession Charleston Hospital, Inc., Debtor In Possession THS Physician Partners, Inc. (Limited Objection to Debtors' Motion for Entry of Final Order on Use of Cash Collateral)

314 – Response Filed by Creditor Committee Official Committee of Unsecured Creditors in Reply to Bond Trustee's Limited Objection (Doc 310) to 37 Motion to Use Cash Collateral filed by Debtor In Possession Herbert J. Thomas Memorial Hospital Association, Debtor Thomas Health System, Inc., Debtor In Possession Charleston Hospital, Inc., Debtor In Possession THS Physician Partners, Inc..

At the time listed above, parties who have been granted permission by the Court to appear by telephone <u>at this presently scheduled hearing</u>, should dial 1–888–273–3658 and use Access Code 1039652. Parties appearing by telephone should also mute their phone line until such time as the case they are appearing for is called.

Dated: 3/2/20

                                        Matthew J. Hayes
                                        Clerk, U.S. Bankruptcy Court

                                        BY: Jason Rader
                                        Deputy Clerk