FORM F-4 (revised 12/01/09)

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re

Thomas Health Systems, Inc., et al.     Case No. 20-20007

Debtor(s).

NOTICE OF MOTION TO MODIFY AUTOMATIC STAY

NOTICE IS HEREBY GIVEN of the attached motion to modify the automatic stay on **Thomas Health Systems, Inc., et al., debtors**
(Description of Collateral)

filed by **Jason D. Harwood, Esquire** in the above-styled case.
(Name of Creditor)

Failure to respond in writing to the Court within fourteen (14) days from the date of this notice may result in the requested relief being granted by the Court without a hearing or further notice; but

If a response is filed in writing within fourteen (14) days, a hearing on the motion and response will be held at a time, date, and place to be determined by the Court.

DATE: March 19, 2020

_____
Signature of Attorney for Movant

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:                                                                                    **Chapter 11**

                                                                                          **Case No. 20-20007**

**THOMAS HEALTH SYSTEM, INC., et al.,**
**Debtors.**

### MOTION TO LIFT AUTOMATIC STAY

Pursuit to the provisions set forth under *11 U.S. Code § 362* of the Federal Rules of Bankruptcy Procedure of the United States District Court, District of West Virginia, Beverly Eve Adams, by and through counsel, Jason D. Harwood of Harwood Legal, PLLC, respectfully moves this Honorable Court for an Order to lift the automatic stay in accordance with *Rule 4001* on the debtors listed above to allow the continuation of civil action proceedings as stated under *Subsection (b)* of said *Rule*.

**WHEREFORE**, in support of this Motion, Beverly Eve Adams states, by her attorney, that she has been in civil court proceedings with the debtors over the span of 25 months in the Circuit Court of the State of West Virginia, County of Kanawha, captioned as *Beverly Eve Adams v. Herbert J. Thomas Memorial Hospital Association*, and bearing *Civil Action Number 18-C-606* for the sexual and physical assault and battery that was inflicted on her by an employee of Thomas Memorial Hospital. Additionally, the U. S. Bankruptcy Court specifically addresses matters that stem from willful and malicious injury to another and are at liberty to grant an order to lift stay and allow the continuation of a state court proceeding.

**THEREFORE**, counsel for Beverly Eve Adams moves this Honorable Court for a lift of automatic stay to allow the continuance of the beforementioned and ongoing criminal proceedings against the debtors as stated herein.

                    Respectfully submitted,

                    Beverly Eve Adams,

                    By Counsel,

Prepared and presented by:

/s/ Jason Harwood
Jason Harwood (WVBID#9208)
Harwood Legal, PLLC
110 Nick Savas Drive
Logan, WV 25601
(304) 752-5015 / (304) 752-2533 *fax*
jason@harwoodlegal.com

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:                                                      Chapter 11

Case No. 20-20007

**THOMAS HEALTH SYSTEM, INC., et al.,**
**Debtors.**

## CERTIFICATE OF SERVICE

I, Harwood Legal, PLLC, do hereby certify that a true and correct copy of the attached Motion to Lift Automatic Stay was served by United States mail, postage prepaid, on the **19th** day of **March 2020**, upon:

**Daniel R. Schimizzi, Attorney**
Whiteford Taylor Preston LLP
200 First Avenue, 3rd Floor
Pittsburgh, PA 15222
(412) 618-5600 ph
(412) 275-2404 fax
dschimizzi@wtplaw.com

**Gary O. Kinder, Attorney**
U.S. Trustee
300 Virginia Street E., Room 2025
Charleston, WV 25301
(304) 347-3406

**Brian Osborne, CEO and President**
OMNI Agent Solutions
818-906-8300 Ext. 127
bosborne@omniagnt.com

/s/ Jason Harwood
Jason Harwood, Esquire WVBID #9208