**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re: | Chapter 11 |
| THOMAS HEALTH SYSTEM, INC., *et al.*, | Case No. 20-20007 (FWV) |
| Debtors.[1] | (Jointly Administered) |

**SECOND STIPULATION EXTENDING CERTAIN DEADLINES**
**IN SCHEDULING ORDER REGARDING PENDING MOTIONS FOR**
**RELIEF FROM AUTOMATIC STAY**

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by their undersigned counsel, file this *Second Stipulation Extending Certain Deadlines in Scheduling Order Regarding Pending Motions for Relief from Automatic Stay* (the "Second Stipulation") and, with the consent of the undersigned Movants,[2] by their undersigned counsel, hereby represent and agree as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Thomas Health System, Inc. (0674); Herbert J. Thomas Memorial Hospital Association (4900); Charleston Hospital, Inc. (2692); THS Physician Partners, Inc. (5947); and THM Services, Inc. (6607).

[2] The Movants are (i) Fred Wood, Executor of the Estate of Judy Mae Wood, Deceased (Docket Nos. 261, 402), (ii) Gary L. Workman (Docket Nos. 266, 613), (iii) Judith Cayton (Docket No. 332), (iv) Meredith Huffman, Administratrix of the Estate of James O. Huffman (Docket No. 334), (v) Kirsten Patterson, Administratrix of the Estate of Mary Cae Henderson (Docket No. 341), (vi) Hilda George (Docket No. 343), (vii) Beverly Eve Adams (Docket No. 416), (viii) Gilbert W. Sloan, Executor and Personal Representative for the Estate of Icley Wood Sloan (Docket No. 420), (ix) Kevin and Ashlee Caldwell, Individually and as Guardians of B.C., an Infant (Docket No. 461), (x) Jane Doe (Docket No. 562) and (xi) Richard Johnson (Docket No. 714).

WHEREAS, the Debtors and Movants are engaging in discussions in an effort to resolve the pending Motions for Relief and have requested that the briefing deadline be extended and the final hearing be adjourned for a brief period of time to facilitate such discussions; and

WHEREAS, the Debtors and the Movants have agreed to extend certain deadlines set forth in the *Scheduling Order Regarding Pending Motions for Relief from Automatic Stay* entered on May 21, 2020 (Docket No. 702) (the "Scheduling Order") and the *Stipulation Extending Certain Deadlines in Scheduling Order Regarding Pending Motions for Relief from Automatic Stay* entered on June 17, 2020 (Docket No. 734) (the "First Stipulation") in accordance with the terms of this Second Stipulation.

NOW THEREFORE, for and in consideration of the foregoing Recitals which are incorporated herein by reference, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and intending to be legally bound hereby, it is hereby STIPULATED, ORDERED, ADJUDGED, and DECREED that:

1. The final hearing on the Motions for Relief and any objections thereto is adjourned to August 5, 2020 at 1:30 p.m.

2. The Movants shall file any amendments to or briefs in support of the pending Motions for Relief on or before July 8, 2020.

3. The Debtors shall file any objections to or briefs in opposition of the pending Motions for Relief or any amendments thereto on or before July 22, 2020.

4. The Movants shall file any reply briefs on or before July 29, 2020.

5.  Except as otherwise provided in this Second Stipulation, all terms and conditions of the Scheduling Order and First Stipulation shall remain in full force and effect and are incorporated as if fully set forth herein.

Presented By:

/s/ *Brandy M. Rapp*
Brandy M. Rapp (WV Bar No. 10200)
WHITEFORD TAYLOR & PRESTON LLP
10 S. Jefferson Street, Suite 1110
Roanoke, Virginia 24011
(540) 759-3577 Tel.
(540) 759-3567 Fax
brapp@wtplaw.com

Michael J. Roeschenthaler (PA Id. No. 87647)
200 First Avenue, Third Floor
Pittsburgh, PA 15222
(412) 618-5601 Tel.
mroeschenthaler@wtplaw.com
*Counsel to the Debtors and Debtors-in-Possession*

-AND-

Jared M. Tully, Esq. (WV Bar No. 9444)
FROST BROWN TODD, LLC
500 Virginia Street East, Suite 1100
Charleston, WV 25301
304-345-0111 (phone)
jtully@fbtlaw.com

Ronald E. Gold, Esq. (Ohio Bar No. 0061351)
Douglas L. Lutz, Esq. (Ohio Bar No. 0064761)
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
513-651-6800 Telephone
rgold@fbtlaw.com
dlutz@fbtlaw.com
*Local Counsel to the Debtors and Debtors-in-Possession*

SEEN AND AGREED:

*/s/ David B. Lunsford*
Mark R. Staun (WV Bar No. 5728)
David B. Lunsford (WV Bar No. 12555)
Hartley Law Group, PLLC
700 Virginia Street, East – Suite 240
Charleston, WV 25301
Telephone: 304-343-4100
mstaun@hartleylawgrp.com
dlunsford@hartleygrp.com

*Counsel for Gary L. Workman*

SEEN AND AGREED:

*/s/ Spencer D. Elliott*
Spencer D. Elliott (WV Bar No. 8064)
Lewis Glasser PLLC
300 Summers Street, Suite 700
Charleston, WV 25301
Telephone: 304-345-2000
selliott@lewisglasser.com

Christopher D. Pence (WV Bar No. 9095)
Hardy Pence PLLC
10 Hale Street, 4th Floor
Charleston, WV 25301
Telephone: 304-345-7250
cpence@hardypence.com

*Counsel for Kevin and Ashlee Caldwell,*
*individually and as guardians of B.C., an infant*

SEEN AND AGREED:

*/s/ Jason Harwood*
Jason Harwood (WV Bar No. 9208)
Harwood Legal, PLLC
110 Nick Savas Drive
Logan, WV 25601
Telephone: 304-752-5015
jason@harwoodlegal.com

Amy C. Crossan (WV Bar No. 7150)
Bouchillon, Crossan & Colburn, L.C.
731 5th Avenue
Huntington, WV 25701
Telephone: 304-523-8451
acrossan@bcc-wv.com

*Counsel for Beverly Eve Adams*


SEEN AND AGREED:

*/s/ J. Timothy DiPiero*
J. Timothy DiPiero (WV Bar No. 1024)
Lonnie C. Simmons (WV Bar No. 3406)
Robert M. Bastress, III (WV Bar No. 9616)
DiPiero Simmons McGinley & Bastress, PLLC
604 Virginia Street, East
Charleston, WV 25301
Telephone: 304-342-0133
tim.dipiero@dbdlawfirm.com
lonnie.simmons@dbdlawfirm.com
rob.bastress@dbdlawfirm.com

*Counsel for Jane Doe, Her Mother and Grandmother and Gilbert W. Sloan, Executor and Personal Representative for the Estate of Icley Wood Sloan*

SEEN AND AGREED:

*/s/ Richard D. Lindsay*
Richard D. Lindsay, Esquire (WV Bar No. 10832)
Richard D. Lindsay, M.D., J.D. (WV Bar No. 2216)
Tabor Lindsay & Associates
Post Office Box 1269
Charleston, WV 25325
Telephone: 304-344-5155
richlindsay@taborlindsay.com
drrichardlindsay@taborlindsay.com

*Counsel for Judith Cayton, Meredith Huffman, Administratrix*
*of the Estate of James O. Huffman, Kristen Patterson, Administratrix*
*of the Estate of Mary Cae Henderson, Hilda George and*
*Richard Johnson*


SEEN AND AGREED:

*/s/ Thomas G. Wilson*
Thomas G. Wilson (WV Bar No. 4087)
Wilson Law Offices, PLLC
120 Capitol Street
Charleston, WV 25301
Telephone: 304-345-5508
tom@wilsonlawpllc.com

*Counsel for Fred J. Wood, Executor of the*
*Estate of Judy Mae Wood, Deceased*