## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| THOMAS HEALTH SYSTEM, INC., *et al.*, | Case No. 20-20007 (FWV) |
| Debtors.[1] | (Jointly Administered) |

### JOINT NOTICE OF RESERVATION OF RIGHTS OFFERED BY CLAIMANTS SEEKING RELIEF FROM THE AUTOMATIC STAY REGARDING POTENTIAL OBJECTION TO CONFIRMATION OF DEBTORS' AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION

NOW COME Gary L. Workman, Kevin and Ashlee Caldwell, individually and as guardians of B.C., an infant, Beverly Eve Adams, Jane Doe, her Mother and Grandmother, Gilbert W. Sloan, Executor and Personal Representative for the Estate of Icley Wood Sloan, Judith Cayton, Meredith Huffman, Administratrix of the Estate of James O. Huffman, Kristen Patterson, Administratrix of the Estate of Mary Cae Henderson, Hilda George, Richard Johnson, and Fred J. Wood, Executor of the Estate of Judy Mae Wood, deceased (collectively referred to as "claimants seeking relief from the automatic stay")[2], by and through their undersigned counsel, and hereby offer the instant joint notice regarding their collective reservation of right to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Thomas Health System, Inc. (0674); Herbert J. Thomas Memorial Hospital Association (4900); Charleston Hospital, Inc. (2692); THS Physician Partners, Inc. (5947); and THM Services, Inc. (6607).

[2] The Movants are (i) Fred Wood, Executor of the Estate of Judy Mae Wood, Deceased (Docket Nos. 261, 402), (ii) Gary L. Workman (Docket Nos. 266, 613), (iii) Judith Cayton (Docket No. 332), (iv) Meredith Huffman, Administratrix of the Estate of James O. Huffman (Docket No. 334), (v) Kirsten Patterson, Administratrix of the Estate of Mary Cae Henderson (Docket No. 341), (vi) Hilda George (Docket No. 343), (vii) Beverly Eve Adams (Docket No. 416), (viii) Gilbert W. Sloan, Executor and Personal Representative for the Estate of Icley Wood Sloan (Docket No. 420), (ix) Kevin and Ashlee Caldwell, Individually and as Guardians of B.C., an Infant (Docket No. 461), (x) Jane Doe (Docket No. 562) and (xi) Richard Johnson (Docket No. 714).

object to *Debtors' Amended Joint Chapter 11 Plan of Reorganization* (Doc. No. 861) that was filed on August 3, 2020.

The Court has previously established an objection deadline of August 4, 2020 regarding any objection to confirmation of Debtors' Plan. During the evening hours of August 3, 2020, Debtors filed an amended plan of reorganization and a related disclosure statement. The claimants seeking relief from the automatic stay have not had an opportunity to thoroughly review and meaningfully object, if necessary, to *Debtors' Amended Joint Chapter 11 Plan of Reorganization* (Doc. No. 861) that was filed on August 3, 2020. The claimants seeking relief from the automatic stay offer the instant notice as their collective intent to do so within a reasonable time or by any related deadline established by the Court.

Dated: August 4, 2020

/s/ David B. Lunsford
Mark R. Staun (WV Bar No. 5728)
David B. Lunsford (WV Bar No. 12555)
Hartley Law Group, PLLC
700 Virginia Street, East – Suite 240
Charleston, WV 25301
Telephone: 304-343-4100
mstaun@hartleylawgrp.com
dlunsford@hartleygrp.com

**Counsel for Gary L. Workman**

/s/ Spencer D. Elliott
Spencer D. Elliott (WV Bar No. 8064)
Lewis Glasser PLLC
300 Summers Street, Suite 700
Charleston, WV 25301
Telephone: 304-345-2000
selliott@lewisglasser.com

Christopher D. Pence (WV Bar No. 9095)
Hardy Pence PLLC
10 Hale Street, 4th Floor
Charleston, WV 25301
Telephone: 304-345-7250
cpence@hardypence.com

*Counsel for Kevin and Ashlee Caldwell,
individually and as guardians of B.C., an infant*


/s/ Jason Harwood
Jason Harwood (WV Bar No. 9208)
Harwood Legal, PLLC
110 Nick Savas Drive
Logan, WV 25601
Telephone: 304-752-5015
jason@harwoodlegal.com

Amy C. Crossan (WV Bar No. 7150)
Bouchillon, Crossan & Colburn, L.C.
731 5th Avenue
Huntington, WV 25701
Telephone: 304-523-8451
acrossan@bcc-wv.com

*Counsel for Beverly Eve Adams*


/s/ J. Timothy DiPiero
J. Timothy DiPiero (WV Bar No. 1024)
Lonnie C. Simmons (WV Bar No. 3406)
Robert M. Bastress, III (WV Bar No. 9616)
DiPiero Simmons McGinley & Bastress, PLLC
604 Virginia Street, East
Charleston, WV 25301
Telephone: 304-342-0133
tim.dipiero@dbdlawfirm.com
lonnie.simmons@dbdlawfirm.com
rob.bastress@dbdlawfirm.com

*Counsel for Jane Doe, Her Mother and Grandmother
and Gilbert W. Sloan, Executor and Personal
Representative for the Estate of Icley Wood Sloan*

3

/s/ Richard D. Lindsay
Richard D. Lindsay, Esquire (WV Bar No. 10832)
Richard D. Lindsay, M.D., J.D. (WV Bar No. 2216)
Tabor Lindsay & Associates
Post Office Box 1269
Charleston, WV 25325
Telephone: 304-344-5155
richlindsay@taborlindsay.com
drrichardlindsay@taborlindsay.com

*Counsel for Judith Cayton, Meredith Huffman, Administratrix
of the Estate of James O. Huffman, Kristen Patterson, Administratrix
of the Estate of Mary Cae Henderson, Hilda George and
Richard Johnson*


/s/ Thomas G. Wilson
Thomas G. Wilson (WV Bar No. 4087)
Wilson Law Offices, PLLC
120 Capitol Street
Charleston, WV 25301
Telephone: 304-345-5508
tom@wilsonlawpllc.com

*Counsel for Fred J. Wood, Executor of the
Estate of Judy Mae Wood, Deceased*

4

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| THOMAS HEALTH SYSTEM, INC., *et al.*, | Case No. 20-20007 (FWV) |
| Debtors.[3] | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, DAVID B. LUNSFORD, hereby certify that, on August 4, 2020, I caused a copy of the foregoing ***JOINT NOTICE OF RESERVATION OF RIGHTS OFFERED BY CLAIMANTS SEEKING RELIEF FROM THE AUTOMATIC STAY REGARDING POTENTIAL OBJECTION TO CONFIRMATION OF DEBTORS' AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION*** to be filed through the Court's CM/ECF system, and that copies of the same will be automatically sent to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ David B. Lunsford
David B. Lunsford (WV Bar No. 12555)

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Thomas Health System, Inc. (0674); Herbert J. Thomas Memorial Hospital Association (4900); Charleston Hospital, Inc. (2692); THS Physician Partners, Inc. (5947); and THM Services, Inc. (6607).